1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
3  THOMAS MOORE (ALBN 4305-O78T)
   Assistant United States Attorney
4  Chief, Tax Divsion
         450 Golden Gate Avenue, Box 36055
5        San Francisco, California 94102-3495
         Telephone: (415) 436-7017
6        FAX: (415) 436-7009

7  Attorneys for United States of America

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11 UNITED STATES OF AMERICA,          )  No. CR 92-0394 WHO
                                      )
12       Plaintiff,                   )
                                      )
                                      )  GOVERNMENT'S SENTENCING
13    v.                              )  MEMORANDUM
                                      )
14 FRANCISCO R. LEGASPI,              )
                                      )
15       Defendant.                   )
   _____  )
16 UNITED STATES OF AMERICA,          )  No. CR 93-0096 WHO
                                      )
17       Plaintiff,                   )
                                      )
18    v.                              )
                                      )
19 FRANCISCO R. LEGASPI,              )
                                      )
20       Defendant.                   )
   _____  )
21

22         Plaintiff, United States of America, by its undersigned attorneys, supports the

23 recommendations of the Presentence Investigation Report.

24                        Respectfully submitted,

25                        MELINDA HAAG
                          United States Attorney
26                        _____/s/_____
27                        Thomas Moore
                          Assistant United States Attorney
28                        Chief, Tax Division